**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-141S**

**TREVIICOS CORPORATION**

RECEIVED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION OF DISMISSAL**

The above-entitled matter is hereby dismissed, with prejudice, no interests and no costs.

PLAINTIFF,
By its Attorneys,
*COIA & LEPORE, LTD.*

Peter J. Comerford, Esquire (#3588)
226 South Main Street
Providence, Rhode Island 02903
(401) 751-5522

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/28/05

Dated: April 27, 2005

2